**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Christine J. Gould |
| | aka Christine Joan Gould |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Rhode Island (State) |
| Case number | 24-10050 |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Deutsche Bank National Trust Company, as Indenture Trustee for Terwin Mortgage Trust 2006-12SL Asset-Backed Securities, Series 2006-12SL C/O Specialized Loan Servicing, LLC

**Court claim no.** (if known): 2-1

**Last four digits** of any number you use to identify the debtor's account: 5896

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim    02/27/2024 | (5) | $500.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | Plan Review Fee    02/08/2024 | (11) | $450.00 |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $950.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Christine J. Gould      Case Number (if known)   24-10050
      First Name    Middle Name    Last Name

**Part 2:**    **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐    I am the creditor.

☒    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mukta Suri
Signature

Date    04/16/2024

Print    Mukta Suri
      First Name    Middle Name    Last Name

Title    Authorized Agent for Specialized Loan Servicing, LLC

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 350
      Number    Street

Dallas, Texas   75254
City    State    ZIP Code

Contact phone    (972) 643-6600      Email    POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before April 18, 2024 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Christine J. Gould
70 Roslyn Ave.
Cranston, RI 02910

**Debtors' Attorney**
Robert A. Arabian
Arabian Law Offices
34 Coldbrook Road
Warwick, RI  02888

**Chapter 13 Trustee**
Charles A. Pisaturo, Jr.
400 Westminister Street, Suite 54
Providence, Rhode Island 02903

    Respectfully Submitted,

    /s/ Mukta Suri